IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
                          )
              Petitioner, )
                          )
         v.               )        Civil Action No. 4:18CV3106
                          )
SHANE P. KUCHTA,          )
                          )
              Respondent. )

PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, by the

undersigned Assistant United States Attorney, avers to this Court as follows:

1.      This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a)

of Title 26, U.S.C., to judicially enforce an Internal Revenue Service summons.

2.      Michael B. Kelly is a duly commissioned Revenue Agent of the Internal Revenue Service

employed in Small Business/Self-Employed Examination Division of the Midwest Area

Director, Internal Revenue Service, and is authorized to issue an Internal Revenue Service

summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury

Regulation Section 301.7602-1, 26 C.F.R. § 301.7602-1.

3.      The respondent, Shane P. Kuchta, resides at 1225 N. 95th St., Lincoln, NE 68505, within

the jurisdiction of this Court.

4.      Revenue Agent Kelly is conducting an investigation into the tax liability of Shane P.

Kuchta for the years 2013, 2014, 2015, and 2016, as set forth in the Declaration of Revenue

Agent Michael B. Kelly attached hereto as Exhibit A.

5.      The respondent, Shane P. Kuchta, is in possession and control of testimony, books, records, papers, and other data which are relevant to the above-described investigation.

6.      On May 25, 2018, an Internal Revenue Service summons was issued by Revenue Agent Michael B. Kelly directing the respondent, Shane P. Kuchta, to appear before Revenue Agent Kelly on June 11, 2018, at 8:30 a.m. at Interview Room, West IRS Office, 100 Centennial Mall No., Lincoln, NE 68508, to testify and to produce the books, records, and other documents demanded in the summons.  An attested copy of the summons was left at the last and usual place of abode of the respondent, Shane P. Kuchta, by Revenue Agent Michael B. Kelly, on May 25, 2018.  The summons is attached hereto and incorporated herein as Exhibit B.

7.      On June 21, 2016, the respondent, Shane P. Kuchta, did not appear in response to the summons.  Respondent's refusal to comply with the summons continues to date as set forth in the Declaration of Revenue Agent Michael B. Kelly attached hereto as Exhibit A.

8.      The books, papers, records, or other data sought by the summons are not already in possession of the Internal Revenue Service.

9.      All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

10.      It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the summons in order to properly investigate the federal tax liability of Shane P. Kuchta for the years 2013, 2014, 2015, and 2016, as is evidenced by the Declaration of Michael B. Kelly attached hereto and incorporated herein as part of this petition.

WHEREFORE, petitioner respectfully prays:

1.      That the Court issue an order directing the respondent, Shane P. Kuchta, to show cause, if any, why respondent should not comply with and obey the aforementioned summons and each and every requirement thereof.

2.      That the Court enter an order directing the respondent, Shane P. Kuchta, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Agent Michael B. Kelly or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Agent Kelly, or any other proper officer or employee of the Internal Revenue Service.

3.      That the United States recover its costs in maintaining this action.

4.      That the Court grant such other and further relief as is just and proper.

Respectfully submitted,

JOSEPH P. KELLY
United States Attorney

By:     s/ Laurie A. Kelly
        LAURIE A. KELLY, MA Bar 557575
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel: (402) 661-3700
        Fax: (402) 661-3081
        Email: laurie.kelly@usdoj.gov

Date:   August 3, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
              Petitioner,        )
                                )
        v.                       )        Civil Action No.
                                )
SHANE P. KUCHTA,                 )
                                )
              Respondent.        )

## DECLARATION

MICHAEL B. KELLY declares:

1. I am a duly commissioned Revenue Agent employed in the Small Business/Self-Employed Examination Division of the Office of the Midwest Area Director of the Internal Revenue Service at 1616 Capitol Ave., Suite 435, MS 4130, Omaha, NE 68102-4923.

2. In my capacity as a Revenue Agent I am conducting an investigation into the tax liability of Shane P. Kuchta for the calendar years ended December 31, 2013, December 31, 2014, December 31, 2015, and December 31, 2016.

3. In furtherance of the above investigation and in accordance with Section 7602 of Title 26, U.S.C., I issued on May 25, 2018, an administrative summons, Internal Revenue Service Form 2039, to Shane P. Kuchta, to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons is attached to the petition as Exhibit B.

GOVERNMENT
EXHIBIT

A

4. In accordance with Section 7603 of Title 26, U.S.C., on May 25, 2018, I served an attested copy of the Internal Revenue Service summons described in Paragraph (3) above on the respondent, Shane P. Kuchta, by leaving a copy of the summons, which contained the attestation required by I.R.C. § 7603, at the last and usual place of abode of respondent Shane P. Kuchta, as evidenced in the certificate of service on the reverse side of the summons.

5. On June 11, 2018, the respondent, Shane P. Kuchta, did not appear in response to the summons. The respondent's refusal to comply with the summons continues to the date of this declaration.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to collect the federal tax liability of Shane P. Kuchta for the calendar years ended December 31, 2013, December 31, 2014, December 31, 2015, and December 31, 2016.

2

9. No Department of Justice referral, as defined by 26 U.S.C. § 7602(d)(2), is in effect with respect to the respondent, Shane P. Kuchta, for the years under investigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12 day of July, 2018.

_____

MICHAEL B. KELLY
REVENUE AGENT

3

# Summons

In the matter of _____ Shane P Kuchta

Internal Revenue Service (Division): _____ Small Business Self Employed

Industry/Area (name or number): _____ Area 4

Periods: Calendar Years Ending December 31, 2013, December 31, 2014, December 31, 2015 & December 31, 2016

## The Commissioner of Internal Revenue

To: Shane P Kuchta

At: 1225 N 95th St Lincoln, NE 68505-3103

You are hereby summoned and required to appear before _____ Michael B Kelly Employee No 1000686465 or his designated agent
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers,
and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the
administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Records reflecting cash receipts for services rendered where available.

Bank statements for any and all checking accounts, savings accounts, investment accounts, credit card accounts and
loan accounts for the Calendar Years Ending December 31, 2013, December 31, 2014, December 31, 2015 &
December 31, 2016

**GOVERNMENT
EXHIBIT**

**B**

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

1616 Capitol Ave Suite 435 MS 4130 Omaha, NE 68102-4923  402-233-7381

**Place and time for appearance at** Interview Room West IRS Office 100 Centennial Mall No Lincoln, NE 68508-3859

**IRS**

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the _____ 11th _____ day of _____ June _____ 2018 _____ at _____ 8:30 _____ o'clock _____ a _____ m.

Issued under authority of the Internal Revenue Code this _25th_ *(year)* day of _____ May _____ , _____ 2018 _____
                                                                                                              *(year)*

_Michael B Kelly_
Signature of issuing officer

Revenue Agent
Title

_____
Signature of approving officer *(if applicable)*

Group Manager
Title

**Original** — to be kept by IRS

# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| May 25, 2018 | 8:03 Am |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Shane P Kuchta
1225 N 95th St Lincoln, NE 68505-3103

| Signature | Title |
|---|---|
| Michael B Kelly | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _May 25, 2018_ Time: _8:03 Am_

Name of Noticee: Shane P Kuchta

Address of Noticee (if mailed): 1225 N 95th St Lincoln, NE 68505-3103

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☒ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| Michael B Kelly | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| Michael B Kelly | Revenue Agent |

Form **2039** (Rev. 10-2010)