IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Petitioner, | |
| vs. | 4:18CV3106 |
| SHANE P. KUCHTA, | ORDER FOR EXTENSION OF TIME |
| Respondent. | |

Upon consideration of the Petitioner's Motion to Extend Time for Service ([Filing No. 4](#)), and for good cause shown, the Court hereby extends the time for service of the Petition to Enforce Internal Revenue Service Summons and attachments ([Filing No. 1](#)), and this Court's Order of August 8, 2018, ordering Shane Kuchta to appear before the District Court of the United States for the District of Nebraska, 111 So. 18th Plaza, Omaha, Nebraska, at 2:30 p.m., on the 27th day of September, 2018, in Courtroom 7 ([Filing No. 3](#)), upon Respondent Shane Kuchta, until September 27, 2018.

The Court further directs the Clerk's Office to mail a copy of this Order to Respondent at the address provided in the Certificate of Service on Petitioner's Motion ([Filing No. 4](#)).

DATED this 7th day of September, 2018.

BY THE COURT:

S/ Susan M. Bazis
United States Magistrate Judge